**Order entered October 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00856-CV

### THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant

### V.

### ANGELA HORTON AND KEVIN HOUSER, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06507**

## ORDER

Before the Court is the October 27, 2019 second request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the motion and extend the time to **December 2, 2019**. We caution Ms. Reagor that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE